UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Cause No. 1:12-cr-0095-SEB-MJD |
| ERIC JENKINS, | ) ) | - 01 |
| Defendant. | ) ) | |

**REPORT AND RECOMMENDATION**

On September 8, 2022, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on July 28, 2022. [Dkt. 82.] Defendant Jenkins appeared in person with his appointed counsel Joseph Cleary. The government appeared by Barry Glickman, Assistant United States Attorney. U.S. Parole and Probation appeared by Officer Tasha Taylor.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

    1.    The Court advised Defendant Jenkins of his rights and ensured he had a copy of the Petition.

    2.    After being placed under oath, Defendant Jenkins admitted violation no. 1 as set forth in the Petition. [Dkt. 82.]

    3.    The allegation to which Defendant admitted, as fully set forth in the Petition, is:

| **Violation Number** | **Nature of Noncompliance** |
|---|---|
| 1 | **"You shall not use or possess any controlled substances prohibited by applicable state or federal law, unless authorized to do so by a valid prescription from a licensed medical practitioner. You shall follow the prescription instructions regarding frequency and dosage."** |

        On July 19, 2022, the offender provided a urine sample that yielded positive for cocaine.

        As previously reported to the Court, the offender provided positive urinalyses for cocaine on the following dates: June 1, June 20, June 28, and July 6, 2022.

4. The Court finds that:

    (a) The highest grade of violation is a Grade B violation.

    (b) Defendant's criminal history category is IV.

    (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 12 to 18 months' imprisonment.

5. The parties jointly recommended a sentence of 18 months incarceration with no supervised release to follow. Defendant requested placement at FCI Milan, Michigan.

The Magistrate Judge, having considered the factors set forth in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions set forth in the Petition, and recommends that Defendant's supervised release be revoked, and that Defendant be sentenced to the custody of the Attorney General or his designee for a period of 18 months with no supervised release to follow. The Magistrate Judge further recommends Defendant's placement at FCI Milan, Michigan. The Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties waived the fourteen-day period to object to this Report and Recommendation.

Dated: 9 SEP 2022

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system